```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON
```

UNITED STATES OF AMERICA,        )
                                 )  No. CR-05-123-WFN
            Plaintiff,           )
                                 )  ORDER GRANTING DEFENDANT'S
v.                               )  UNCONTESTED MOTION TO REVISE
                                 )  CONDITIONS OF RELEASE
WILLIAM KEVIN GERRY,             )
                                 )
            Defendant.           )
_____)

BEFORE THE COURT is Defendant's Motion to allow the Defendant to post a corporate surety bond, in lieu of the previously ordered $30,000 cash bond.

The Unites States has not filed a response to the motion; however, Defendant has indicated that Assistant U.S. Attorney Thomas J. Hopkins does not object. Accordingly,

**IT IS ORDERED:**

1. The Defendant's Motion **(Ct. Rec. 26)** is **GRANTED.**

2. Defendant shall be allowed to post a $5,000 cash (U.S. currency) bond, plus a $25,000 corporate surety bond.

All other conditions in this court's Order of July 7, 2005, remain.

DATED July 26, 2005.

                    S/ CYNTHIA IMBROGNO
                 UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S UNCONTESTED
MOTION TO REVISE CONDITIONS OF RELEASE - 1