UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR-05-123-WFN |
| Plaintiff, ) | |
| ) | ORDER GRANTING DEFENDANT'S |
| v. ) | UNCONTESTED MOTION |
| ) | |
| WILLIAM KEVIN GERRY, ) | |
| ) | |
| Defendant. ) | |

BEFORE THE COURT is Defendant's Motion to Vacate Order Granting Defendant's Motion to Revise Conditions of Release (Ct. Rec. 34). The Defendant is asking the court to allow the Defendant to post the previously ordered $30,000 cash bond (see Ct. Rec. 23). The United States does not object to the Defendant's Motion.

**IT IS ORDERED** the Defendant's Motion **(Ct. Rec. 34)** is **GRANTED**. The bond requirement in this court's Order filed July 7, 2005, shall remain in effect, allowing the Defendant to post a $30,000.00 (U.S. Currency) cash bond.

DATED September 22, 2005.

　　　　　　　　　　　S/ CYNTHIA IMBROGNO
　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S UNCONTESTED MOTION - 1